JENNIE A. HILDEBRANT, as Executrix of ANDREW M. HILDEBRANT, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Hildebrant* v. *Lehigh Valley R. R. Co.,* 157 App. Div. 828, affirmed.

(Argued December 7, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Howard Cobb* for appellant.

*Merwin W. Lay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.